PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Abilene__ DIVISION

FILED - USDC - NDTX - AB
AUG 28 2023 AM 10:27

__Nickolas Wolfford #2281052__
Plaintiff's Name and ID Number

__Polunsky Unit__
Place of Confinement

CASE NO. __1-23CV-0175H__
(Clerk will assign the number)

v.

_____
Defendant's Name and Address

_____
Defendant's Name and Address

__Christaine Stetson - 1041 N 3rd ST Lufkin TX 75901-9820__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:
    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
    B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1.  Approximate date of filing lawsuit: 03-2023
        2.  Parties to previous lawsuit:
            Plaintiff(s) Nicholas Wolford
            Defendant(s) N/A
        3.  Court: (If federal, name the district; if state, name the county.) _____
        4.  Cause number: 9:23CV43; 9:23CV48; 9:23CV102
        5.  Name of judge to whom case was assigned: Hawthorn
        6.  Disposition: (Was the case dismissed, appealed, still pending?) Pending
        7.  Approximate date of disposition: N/A

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: _Polunsky Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ___ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff _Nickolas Wolfford, 3872 Fm 350 S Livingston, Tx 77351_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Christayne Stetson - 104 N. 3rd St Lufkin, Tx 75901-9820_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_After I filed a suit on her she picked what court to send suit she was magastrating, conflicting interest_

Defendant #2: _Michael Tunicale - 300 Willow St, Suite 104 Beaumont, Tx 77701-2217_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_After Defendent #1 Acted, he Failed to take Any Action_

Defendant #3: _Zack Hawthorn_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_Attachment_

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Suit #9:23cv43 9:23cv4875 Change ETAL Defendent to Pam Fletcher and Send suit to a Seriour Supreme Court Judge in Washington, DC to Choose Venue and PAY Plaintiff for Pain and Suffering

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Nickolas Wolfford, Nicholas Wolfford

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2281052, 1881554, 1268233, 486251

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A  ___YES ___NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ✓ YES ___NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): Lufkin, Easton
2. Case number: 9:23CV48
3. Approximate date warning was issued: June 15th 2023

Executed on: 8-24-2023
　　　　　　　DATE

_____
Hickoks Wolfford
(Signature of Plainti)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___24___ day of ___8___, 20 _23_.
　　　　　　　(Day)　　　　　　(month)　　　　　(year)

_____
Hickoks Wolfford
(Signature of Plainti)

**WARNING: Plainti is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

5

Defendent #1
Christaine Stetson

She had a civil suit in her court, I filed a Complaint on her and she chose at which venue to send the suit she had in her Court and This Conflict of Intrest has Caused No legal Action to be Taken At All on the suit she chose the venue for, Ive Requested the Court Change the ETAL Defendent from the 349th District Court of Houston County Texas To - Pam Fletcher and Nothings Happened Ive Realized her Actions was Caused for This Reason And Ive Not Gotten No legal mail from Beaumont Division and The Suit she sents been filed since march, I Am Insecuree at this Point to even have a suit filed in the United Stated Court in the State of Texas.

Defendent #2
Michael Tunicale

I've Asked the ETAL Defendent Be changed on the Civil suit in his Court and No Action has been Taken As far as I know I've Not Gotten a Response from the Court at all and I feel Insecure having Any Civil Suit in the State of TEXAS, I Dont feel his Court is in the Best Intrest and I want the suit sent to a Senior Judge in Washington, DC and this Judge to Pick what venue to send it to.

Defendent #3
Zack Hawthorn

I've sent letters Asking he get some Records that was Cut at Top and Bottom From Jester 4 that were the offenders Discharge summery, and they Discharged me only After 3 hrs and cut the Discharge Nurse Name off Top & Bottom, I've Asked him to help Me Several Times get Off this Unit My lifes In Danger and Proved to him I'm Sick with some type of Infetion and they Refuse to test Me, I Dont think my civil suits Being in the state of Texas is in the Best Intrest and I want the civil suit Moved to A venue in Washington to a Senior Judge and I want this Senior Judge to Pick the Court to have this civil suit, I feel Insecure of all Texas state venues at This time

Nickolas Wofford 02281052
Polunsky Unit
3872 Fm 350 South
Livingston, TX
77351

Legal Mail

United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Texas
79604

RECEIVED
AUG 2 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal Mail

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION