UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NICKOLAS WOLFFORD,
Institutional ID No. 02281052
SID No. 04862151
Previous TDCJ ID Nos. 01881554,
01968233

                Plaintiff,

v.

CHRISTAINE STETSON, *et al.*,

                Defendants.

No. 1:23-CV-00175-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed without prejudice for lack of jurisdiction.

Dated September 29, 2023.

                                                      JAMES WESLEY HENDRIX
                                                      United States District Judge